# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4311
_____

BRUCE FREDERIC NATHAN,

Appellant,

v.

DEPARTMENT OF STATE,
DIVISION OF ELECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

January 14, 2019

PER CURIAM.

Upon consideration of Appellee's suggestion of mootness, filed on December 5, 2018, and Appellant's response thereto, the appeal is dismissed as moot. *See e.g. Tyler v. Peacock*, 124 So. 463 (Fla. 1929); *Voelz v. Obama*, 134 So. 3d 1049 (Fla. 1st DCA 2013).

MAKAR, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Bruce Frederic Nathan, pro se, Appellant.

Bradley R. McVay, Interim General Counsel, and Ashley E. Davis, Deputy General Counsel, Florida Department of State, Tallahassee, for Appellee.